

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1968 |
| Plaintiff - Appellee, | D.C. Nos. 3:18-cr-00368-CRB-1<br>3:22-cv-01230-CRB |
| v. | Northern District of California,<br>San Francisco |
| ABHIJIT PRASAD, | ORDER |
| Defendant - Appellant. | |

Before:   SCHROEDER and NGUYEN, Circuit Judges.

Appellant's motion (Docket Entry No. 5) for leave to file an oversized request for a certificate of appealability, and motion for judicial notice (Docket Entry No. 8), are granted.

After reviewing the underlying motion and concluding that it states at least one federal constitutional claim debatable among jurists of reason, namely whether appellant's visa fraud convictions must be vacated because a misrepresentation that H-1B visa beneficiaries had "actual existing work projects" is not a material fact under 18 U.S.C. § 1546(a), we grant the request for a certificate of appealability (Docket Entry No. 6) with respect to the following issue: whether the district court properly determined that the above-stated claim was procedurally defaulted, including whether appellant has shown cause and prejudice to excuse the default based on ineffective assistance of appellate counsel. *See* 28 U.S.C. § 2253(c)(3);

*Gonzalez v. Thaler*, 565 U.S. 134 (2012); *Slack v. McDaniel*, 529 U.S. 473, 483-85 (2000); *Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000); *see also* 9th Cir. R. 22-1(e). The court notes that *United States v. Patnaik*, No. 23-10043, which concerns a similar materiality issue, is scheduled for oral argument on September 10, 2024.

 A review of this court's docket reflects that the filing and docketing fees for this appeal are due. Within 21 days of the filing date of this order, appellant must either (1) pay to the district court the $505.00 filing and docketing fees for this appeal and file in this court proof of such payment, or (2) file in this court a motion to proceed in forma pauperis, accompanied by a completed Form 4 financial affidavit. Failure to pay the fees or file a motion to proceed in forma pauperis will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

 The Clerk will serve a copy of Form 4.

 If appellant pays the fees, the following briefing schedule will apply: the opening brief is due December 9, 2024; the answering brief is due January 8, 2025; the optional reply brief is due within 21 days after service of the answering brief. If appellant files a motion to proceed in forma pauperis, the briefing schedule will be set upon disposition of the motion.

The Clerk will serve on appellant a copy of the "After Opening a Case - Counseled Cases" document.